# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PRODUCERS COOPERATIVE OIL MILL, an Oklahoma Cooperative Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY, a foreign Corporation,<br><br>Defendant. | Case No: 5:14-cv-703 C |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Producers Cooperative Oil Mill and the Defendant, Aspen Specialty Insurance Company hereby stipulate through their respective counsel that this case is dismissed with prejudice to the re-filing thereof, with each party to bear its own costs and attorney fees.

**MANSELL ENGEL & COLE**

By: s/Mark A. Engel
Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Kenneth G. Cole, OBA #11792
101 Park Avenue, Suite 665
Oklahoma City, OK 73102
T: (405) 232-4100    F: (405) 232-4140
E-mail: mansell-engel@coxinet.net

**ATTORNEYS FOR PLAINTIFF**

s/James Nader
*(Signed by filing attorney with permission from defense counsel)*
James P. Nader, OBA #32156

Charles Rumbley, Pro Hac Vice
**LOBMAN, CARNAHAN, BATT, ANGELLE & NADER**
400 Poydras St., Suite 2300
New Orleans, LA 70130
T: (504) 586-9292 ** F: (504) 586-1290
Email:  jpn@lcba-law.com

and

Jack S. Dawson, OBA #2235
Andrea R. Rust, OBA #30422
**MILLER DOLLARHIDE**
210 Park Avenue, Suite 2550
Oklahoma City, OK 73102
T: (405) 236-8541 ** F: (405) 235-8130
Email:  arust@millerdollarhide.com

**ATTORNEYS FOR DEFENDANT**